# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13 PROCEEDING** |
| **JAMMAL A. O'DELL** | **:** | **CASE NO. 08-60309** |
| **CANDY J. O'DELL** | **:** | **JUDGE RUSS KENDIG** |
| **DEBTOR(S)** | **:** | **MOTION FOR SANCTIONS AGAINST ATTORNEY** |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**NOW COMES** the Chapter 13 Trustee, Toby L. Rosen, by her counsel, and requests an Order from the Court requiring the debtors' attorney in this case, Edward Clark Corley, to pay certain amounts into the debtors' plan as sanctions. The Trustee's request for sanctions is based upon allegations that Attorney Corley misrepresented the amount of monies received from the debtors in relation to this bankruptcy case, and that he has withdrawn without Court permission as counsel for the debtors in this case. The Trustee believes that sanctions are proper due to the following:

1. The above-captioned case was filed on February 7, 2008.

2. At filing, Attorney Corley certified that the compensation that he had agreed to receive in relation to his representation of the debtors in this case was $1,500. Attorney Corley also certified that he had received the amount of $200 from the debtors prior to the filing of this case. A copy of Attorney Corley's certified Disclosure of Compensation form is included with this motion as Exhibit A.

3. To date, the Trustee has disbursed the amount of $1,300 to Attorney Corley for the balance of the fees disclosed in his Disclosure of Compensation. A copy of the Trustee's Interim Statement as of October 1, 2009, is included with this motion as Exhibit B.

4. On or about September 10, 2009, one of the joint debtors in this case, Mrs. Candy J. O'Dell (Mrs. O'Dell), contacted the undersigned attorney in relation to Attorney Corley's

representation of the debtors. The undersigned requested that Mrs. O'Dell prepare and transmit a letter containing the substance of the matters discussed with the undersigned. A copy of Mrs. O'Dell's letter is included with this motion as Exhibit C.

5.    From the allegations contained in Mrs. O'Dell's letter, it appears to the Trustee that Attorney Corley has misrepresented to the Court the amount of the fees that he received directly from the debtors prior to filing this case. It appears from his receipts and Mrs. O'Dell's letter, that Attorney Corley actually received an amount of at least $370 more than he disclosed to the Court. (This assumes that the filing fees for this case were included in the pre-petition amounts received by Attorney Corley.) The receipts issued by Attorney Corley are included with Mrs. O'Dell's letter.

6.    Furthermore based upon Mrs. O'Dell's allegations, it appears that Attorney Corley has now withdrawn as counsel for the debtors without this Court's permission in violation of the Court's Administrative Order 08-05.

**NOW, THEREFORE,** the Trustee requests that the Court review this matter. In the event that the allegations of the debtor are found to be true, the Trustee requests that Attorney Corley be ordered to disgorge to the Trustee all fees received by Attorney Corley in relation to this case. Such fees could then be used to pay substitute counsel on behalf of the debtors and/or for application to the debtors' plan of adjustment. Finally, the Trustee requests that the Court order any other sanctions that the Court may deem proper in the event the Court determines that the within allegations are well-founded.

Respectfully submitted,

**/S/ Robert P. Harbert (0065285)**
Staff Counsel for
Toby L. Rosen, Chapter 13 Trustee
Charter One Bank Building
400 W. Tuscarawas St, 4th Floor
Canton, OH  44702
Phone:  (330) 455-2222, ext. 28
Fax:      (330) 455-1240

## CERTIFICATE OF SERVICE

I certify that on this Thursday, October 01, 2009, the above pleading was electronically transmitted via the Court's CM/ECF system to the following who is/are listed on the Court's Electronic Mail Notice List:

Edward Clark Corley, Esq., Attorney for Debtor**.**

I further certify that the following parties were sent notice by regular U.S. Mail at the specified addresses on the date first set forth above:

Candy J. O'Dell
P.O. Box 1811
Mansfield, OH  44901-1811.

**/S/ Robert P. Harbert (0065285)**
Staff Counsel for
Toby L. Rosen, Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13 PROCEEDING** |
| **JAMMAL A. O'DELL** | : | **CASE NO.  08-60309** |
| **CANDY J. O'DELL** | : | **JUDGE RUSS KENDIG** |
| **DEBTOR(S)** | : | **NOTICE OF MOTION FOR SANCTIONS AGAINST ATTORNEY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Toby L. Rosen, the Chapter 13 Trustee appointed herein, has filed papers with the Court for sanctions against debtors' counsel, Edward Clark Corley, in relation to this case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the Motion of the Trustee, of if you want the Court to consider your views on the same, then on or before **October 31, 2009**, you or your attorney must file a written request for a hearing with the Clerk of the U.S. Bankruptcy Court, Frank T. Bow Federal Building, 201 Cleveland Avenue, S.W., Canton, Ohio 44702.

If you mail your request to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.  **If you are requesting a hearing you must call the Deputy Clerk at the Court and get a hearing date and serve notice of said hearing.**

You must also mail a copy to:

Toby L. Rosen, Chapter 13 Trustee
400 Tuscarawas Street West
Charter One Bank Building 4th Floor
Canton, Ohio 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the same.

Date: October 1, 2009 **/S/ Robert P. Harbert (0065285)**
Staff Counsel