# Toby L. Rosen, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 10/01/2009

CASE NO: 08-60309
STATUS: ACTIVE

DEBTOR: ██████

O'DELL, JAMAAL A

AKA:

JOINT DEBTOR: ██████

O'DELL, CANDY J

FKA CANDY J MILLS

47 EAST RALEIGH AVE

MANSFIELD, OH 44907

SCHEDULE: 507.00 MONTHLY
TOTAL PAID: 10,151.71

DATE FILED: 02/07/2008

47 EAST RALEIGH AVE

MANSFIELD, OH 44907

CONFIRMED: 07/31/2008

LATEST 341: 04/07/2008

BAR DATE: 07/07/2008        Non-Government

08/05/2008        Government

PERCENTAGE: 100.000        EMPLOYER: RICHLAND CO AUDITOR- P DROPSEY

PLAN: MONTHS        JOINT DEBTOR:

(42 LEFT)        ATTORNEY: EDWARD CORLEY ESQ
233 SOUTH HIGH STREET SUITE 300
COLUMBUS, OH 43215
Phone:419 524-1361 Fax:

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 09/28/09 | RICHLAND CO AU | 234.00 |
| 09/15/09 | RICHLAND CO AU | 234.00 |
| 08/31/09 | RICHLAND CO AU | 234.00 |
| 08/17/09 | RICHLAND CO AU | 234.00 |
| 08/03/09 | RICHLAND CO AU | 234.00 |
| 07/20/09 | RICHLAND CO AU | 234.00 |
| 07/06/09 | RICHLAND CO AU | 234.00 |
| 06/22/09 | RICHLAND CO AU | 234.00 |
| 06/18/09 | JOHN A DONOFR | 529.89 |
| 06/10/09 | RICHLAND CO AU | 234.00 |
| 05/26/09 | RICHLAND CO AU | 234.00 |
| 05/11/09 | RICHLAND CO AU | 234.00 |
| 04/22/09 | RICHLAND CO AU | 234.00 |

1st PAYMENT DUE: 02/2008

ON SCHEDULE: 9,899.41
ACTUAL PAYMENTS: 10,151.71
AMOUNT BEHIND: 0.00

## DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 147244 | ACADEMY COLLECTION SERVICE | PRO | UNS | 0.00 | 0.00 | 1,504.28 | 0.00 | 0.00 | NOT FILED |
| 104 | 157429 | ALLIED INTERSTATE | PRO | UNS | 0.00 | 0.00 | 878.00 | 0.00 | 0.00 | NOT FILED |
| 107 | 142348 | CBCS | PRO | UNS | 0.00 | 0.00 | 227.00 | 0.00 | 0.00 | NOT FILED |
| 108 | 142348 | CBCS | PRO | UNS | 0.00 | 0.00 | 212.00 | 0.00 | 0.00 | NOT FILED |
| 109 | 142348 | CBCS | PRO | UNS | 0.00 | 0.00 | 112.00 | 0.00 | 0.00 | NOT FILED |
| 110 | 142348 | CBCS | PRO | UNS | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | NOT FILED |
| 111 | 183535 | CONSUMER DEBT SERVICES | PRO | UNS | 0.00 | 0.00 | 294.00 | 0.00 | 0.00 | NOT FILED |
| 112 | 183535 | CONSUMER DEBT SERVICES | PRO | UNS | 0.00 | 0.00 | 280.00 | 0.00 | 0.00 | NOT FILED |
| 113 | 183535 | CONSUMER DEBT SERVICES | PRO | UNS | 0.00 | 0.00 | 165.00 | 0.00 | 0.00 | NOT FILED |
| 114 | 183535 | CONSUMER DEBT SERVICES | PRO | UNS | 0.00 | 0.00 | 165.00 | 0.00 | 0.00 | NOT FILED |
| 115 | 193583 | CERTEGY PAYMENT RECOVERY SERVI( | PRO | UNS | 0.00 | 0.00 | 47.85 | 0.00 | 0.00 | NOT FILED |
| 120 | 184728 | DEBT RECOVERY SOLUTIONS | PRO | UNS | 0.00 | 0.00 | 592.00 | 0.00 | 0.00 | NOT FILED |
| 122 | 184728 | DEBT RECOVERY SOLUTIONS | PRO | UNS | 0.00 | 0.00 | 286.00 | 0.00 | 0.00 | NOT FILED |
| 123 | 184728 | DEBT RECOVERY SOLUTIONS | PRO | UNS | 0.00 | 0.00 | 263.00 | 0.00 | 0.00 | NOT FILED |
| 124 | 184728 | DEBT RECOVERY SOLUTIONS | PRO | UNS | 0.00 | 0.00 | 231.00 | 0.00 | 0.00 | NOT FILED |
| 125 | 184728 | DEBT RECOVERY SOLUTIONS | PRO | UNS | 0.00 | 0.00 | 158.00 | 0.00 | 0.00 | NOT FILED |
| 127 | 189586 | DIVERSIFIED ADJUSTMENT | PRO | UNS | 0.00 | 0.00 | 390.00 | 0.00 | 0.00 | NOT FILED |
| 128 | 150410 | EMP OF RICHLAND COUNTY | PRO | UNS | 0.00 | 0.00 | 396.25 | 0.00 | 0.00 | NOT FILED |
| 129 | 192722 | ESCALLATE LLC | PRO | UNS | 0.00 | 0.00 | 401.00 | 0.00 | 0.00 | NOT FILED |
| 130 | 192722 | ESCALLATE LLC | PRO | UNS | 0.00 | 0.00 | 286.00 | 0.00 | 0.00 | NOT FILED |
| 131 | 192722 | ESCALLATE LLC | PRO | UNS | 0.00 | 0.00 | 263.00 | 0.00 | 0.00 | NOT FILED |
| 132 | 192722 | ESCALLATE LLC | PRO | UNS | 0.00 | 0.00 | 256.00 | 0.00 | 0.00 | NOT FILED |
| 133 | 192722 | ESCALLATE LLC | PRO | UNS | 0.00 | 0.00 | 256.00 | 0.00 | 0.00 | NOT FILED |
| 134 | 192722 | ESCALLATE LLC | PRO | UNS | 0.00 | 0.00 | 162.00 | 0.00 | 0.00 | NOT FILED |
| 135 | 192722 | ESCALLATE LLC | PRO | UNS | 0.00 | 0.00 | 162.00 | 0.00 | 0.00 | NOT FILED |
| 136 | 193566 | FIRST MERIT BANK | PRO | UNS | 0.00 | 0.00 | 2,085.82 | 0.00 | 0.00 | NOT FILED |
| 137 | 142813 | GC SERVICES | PRO | UNS | 0.00 | 0.00 | 1,599.11 | 0.00 | 0.00 | NOT FILED |
| 139 | 192932 | ISLAND NATIONAL GROUP LLC | PRO | UNS | 0.00 | 0.00 | 438.39 | 0.00 | 0.00 | NOT FILED |
| 140 | 150821 | JB ROBINSON | PRO | UNS | 0.00 | 0.00 | 135.00 | 0.00 | 0.00 | NOT FILED |
| 141 | 142372 | LAZARUS/FDS NATIONAL BANK | PRO | UNS | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | NOT FILED |
| 142 | 171158 | MEDCIR INC | PRO | UNS | 0.00 | 0.00 | 164.00 | 0.00 | 0.00 | NOT FILED |
| 143 | 171158 | MEDCIR INC | PRO | UNS | 0.00 | 0.00 | 162.00 | 0.00 | 0.00 | NOT FILED |
| 144 | 171158 | MEDCIR INC | PRO | UNS | 0.00 | 0.00 | 162.00 | 0.00 | 0.00 | NOT FILED |
| 145 | 171158 | MEDCIR INC | PRO | UNS | 0.00 | 0.00 | 162.00 | 0.00 | 0.00 | NOT FILED |
| 146 | 171158 | MEDCIR INC | PRO | UNS | 0.00 | 0.00 | 79.00 | 0.00 | 0.00 | NOT FILED |

CASE NO: 08-60309
STATUS: ACTIVE

DEBTOR: XXX-XX-5141
O'DELL, JAMAAL A

JOINT DEBTOR: XXX-XX-3688
O'DELL, CANDY J

SCHEDULE: 507.00 MONTHLY

## DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 148 | 169602 | PCB | PRO | UNS | 0.00 | 0.00 | 227.00 | 0.00 | 0.00 | NOT FILED |
| 149 | 169602 | PCB | PRO | UNS | 0.00 | 0.00 | 223.00 | 0.00 | 0.00 | NOT FILED |
| 154 | 195281 | TERRY MILLS | PRO | UNS | 0.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | NOT FILED |
| 155 | 193501 | TIME WARNER CABLE | PRO | UNS | 0.00 | 0.00 | 325.79 | 0.00 | 0.00 | NOT FILED |
| 156 | 193501 | TIME WARNER CABLE | PRO | UNS | 0.00 | 0.00 | 217.29 | 0.00 | 0.00 | NOT FILED |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INTEREST | FIX PAY ARREARS | SCHD CLAIM ORG. CLAIM | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 182499 | PORTFOLIO RECOVERY ASSOCIATES | PRO | UNS 100.0000 | 08/2009 | 0.00 0.00 | 398.73 412.42 | 412.42 412.42 | 84.80 0.00 | 327.62 0.00 |
| 002 | ASSET | ASSET ACCEPTANCE CORP | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 381.00 515.32 | 515.32 515.32 | 117.10 0.00 | 398.22 0.00 |
| 003 | 144741 | NATIONAL CITY BANK | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 5,101.00 5,158.90 | 5,158.90 5,158.90 | 1,172.26 0.00 | 3,986.64 0.00 |
| 003 | 144741 | NATIONAL CITY BANK | FIX | SEC 100.0000 | 09/2009 9.0000 | 143.00 0.00 | 3,450.00 3,450.00 | 3,450.00 3,450.00 | 2,514.14 345.86 | 935.86 7.02 |
| 005 | ECMC | ECMC | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 1,751.00 1,806.18 | 1,806.18 1,806.18 | 410.42 0.00 | 1,395.76 0.00 |
| 006 | 194459 | DONALD D DECENSO DDS | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 310.00 414.21 | 414.21 414.21 | 94.12 0.00 | 320.09 0.00 |
| 007 | 181835 | OHIO EDISON | PRO | UNS 100.0000 | | 0.00 0.00 | 0.00 22.98 | 22.98 22.98 | 0.00 0.00 | 22.98 0.00 |
| 008 | 142587 | AUTO WORKERS CREDIT UNION / Disallowed Per Order 9/18/08 | PRO | SEC 100.0000 | | 0.00 0.00 | 0.00 2,441.45 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 009 | RESURG | RESURGENT CAPITAL SERVICES | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 839.00 814.48 | 814.48 814.48 | 185.08 0.00 | 629.40 0.00 |
| 010 | 191255 | CHASE BANK, USA | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 462.00 506.73 | 506.73 506.73 | 115.14 0.00 | 391.59 0.00 |
| 011 | 191144 | PORTFOLIO RECOVERY ASSOC | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 2,045.00 2,165.69 | 2,165.69 2,165.69 | 492.11 0.00 | 1,673.58 0.00 |
| 012 | 159545 | COLUMBIA GAS | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 255.26 348.50 | 348.50 348.50 | 79.19 0.00 | 269.31 0.00 |
| 013 | 171848 | NEXTEL COMMUNICATIONS | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 521.29 592.89 | 592.89 592.89 | 134.72 0.00 | 458.17 0.00 |
| 014 | 182499 | PORTFOLIO RECOVERY ASSOCIATES | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 0.00 231.80 | 231.80 231.80 | 52.67 0.00 | 179.13 0.00 |
| 015 | ECAST | ECAST SETTLEMENT CORP | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 2,664.00 2,664.03 | 2,664.03 2,664.03 | 605.35 0.00 | 2,058.68 0.00 |
| 016 | JEFF | JEFFERSON CAPITAL SYSTEMS | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 641.00 641.85 | 641.85 641.85 | 145.85 0.00 | 496.00 0.00 |
| 017 | RBC | RBC | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 0.00 239.24 | 239.24 239.24 | 54.36 0.00 | 184.88 0.00 |
| 018 | RBC | RBC | PRO | UNS 100.0000 | | 0.00 0.00 | 0.00 31.80 | 31.80 31.80 | 0.00 0.00 | 31.80 0.00 |
| 019 | RBC | RBC | PRO | UNS 100.0000 | 06/2009 | 0.00 0.00 | 481.04 210.00 | 210.00 210.00 | 37.97 0.00 | 172.03 0.00 |
| 020 | RBC | RBC | PRO | UNS 100.0000 | 07/2009 | 0.00 0.00 | 273.00 178.00 | 178.00 178.00 | 34.39 0.00 | 143.61 0.00 |
| 021 | RBC | RBC | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 0.00 272.50 | 272.50 272.50 | 61.92 0.00 | 210.58 0.00 |
| 022 | 177470 | BASS & ASSOCIATES P C | PRO | UNS 100.0000 | 06/2009 | 0.00 0.00 | 135.92 135.92 | 135.92 135.92 | 24.57 0.00 | 111.35 0.00 |
| 023 | 191820 | MIDWEST VERIZON WIRELESS | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 508.00 508.55 | 508.55 508.55 | 115.56 0.00 | 392.99 0.00 |
| 024 | 192736 | DELL FINANCIAL SERVICES | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 2,434.32 2,673.25 | 2,673.25 2,673.25 | 607.45 0.00 | 2,065.80 0.00 |
| 024 | 192736 | DELL FINANCIAL SERVICES | PRO | SEC 100.0000 | 03/2009 | 0.00 0.00 | 0.00 200.00 | 200.00 200.00 | 42.38 0.00 | 157.62 0.00 |
| 025 | 191520 | MACY'S | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 0.00 297.43 | 297.43 297.43 | 67.59 0.00 | 229.84 0.00 |
| 026 | 191520 | MACY'S | PRO | UNS 100.0000 | 06/2009 | 0.00 0.00 | 0.00 121.86 | 121.86 121.86 | 22.03 0.00 | 99.83 0.00 |
| 027 | 191520 | MACY'S | PRO | UNS 100.0000 | 08/2009 | 0.00 0.00 | 0.00 438.39 | 438.39 438.39 | 90.14 0.00 | 348.25 0.00 |
| 028 | 142587 | AUTO WORKERS CREDIT UNION | PRO | UNS 100.0000 | 09/2009 | 0.00 0.00 | 2,950.00 2,314.10 | 2,314.10 2,314.10 | 525.84 0.00 | 1,788.26 0.00 |

ToolBar 9.0

CASE NO: 08-60309

STATUS: ACTIVE

DEBTOR: XXX-XX-5141          JOINT DEBTOR: XXX-XX-3688

O'DELL, JAMAAL A            O'DELL, CANDY J          SCHEDULE:      507.00 MONTHLY

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INTEREST | FIX PAY ARREARS | SCHD CLAIM ORG. CLAIM | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 028 | 142587 | AUTO WORKERS CREDIT UNION | FIX | SEC 100.0000 | 09/2008 9.0000 | 50.00 0.00 | 50.00 50.00 | 50.00 50.00 | 50.00 1.18 | 0.00 0.00 |
| 799 | 193123 | EDWARD CORLEY ESQ | FIX | ATY 100.0000 | 03/2009 | 150.00 0.00 | 1,500.00 1,500.00 | 1,500.00 1,500.00 | 1,300.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 491.91 | 491.91 | |
| | | | | TOTALS: | | 343.00 0.00 | 27,151.56 31,358.47 | 29,408.93 29,408.93 | 9,729.06 347.04 | 19,479.87 7.02 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 0.00 | 1,500.00 | 0.00 | 3,700.00 | 23,717.02 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,300.00 | 0.00 | 2,606.52 | 5,330.63 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 1,093.48 | 18,386.39 | 0.00 | DUE CREDITORS: | 19,486.89 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 7.02 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,310.25 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 75.61 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 1,100.50 | 18,386.39 | 0.00 | APPROX BALANCE: | 20,721.53 |

PREVIOUS CASES:

ToolBar 9.0