*Attn: Bob Harbert*

*6 pgs faxed*

# Candy O'Dell

candy1odell@yahoo.com
P.O. Box 1811
Mansfield, OH.
44901-1811
(419)-512-7774
(419)-632-8344

September 10, 2009

Mr. Robert Harbert
Office of Chapter 13 Bankruptcy
400 W. Tuscarawas St.
Canton, OH. 44702

**Re: Our telephone conversation**
      **Case No.: 08-60309**

Dear Attorney Harbert,

I want it to be know that I no longer have an income and haven't had one for a few months now and my husband and I are on the verge of getting our utilities disconnected and possible face evicted from our home because of this and the fact that our Attorney we hired (Edward Corley). I told Edward in June of this year (2009) that my income (BWC) would be done as of my graduation in early June, therefore we would only have my husband's income from his job and that we wanted our bankruptcy payment revisited so that it may be lowered. I was told by Edward; "Oh just hold out Candy for a couple months and I'll get the 13 converted to a 7 and get it discharged for you". Great, or so I thought, BUT due to Edward's poor phone skills and NEVER returning our calls, it's now been almost 3 months and he's done nothing more but drag his feet and do NOTHING for our case and now he claims he will no longer represent us on our bankruptcy case due to unrelated issues that have nothing to do with him whatsoever (explanation below).

I did work briefly (2-3 wks/pays) with Edward's brother Byron who is also an attorney locally here in Mansfield, but due to the corrupt activities within that office I left and reported my findings and concerns to the Ohio Bar Association (letter attached). Now Edward claims he cannot, will not, and is not going to represent my husband and I because of this matter and I know this is not acceptable. Edward has also lied about monies/cash paid to him in which total $849.00 not the $200.00 he claims to have been paid (proof attached) on top of the money paid to him from the bankruptcy in which I was told was $1,300.00, I believe.

I just want to know how to get this matter taken care of, by either getting the monthly payments lowered or actually getting the chapter 13 converted to a chapter 7 and discharged.

Any advice or information will be greatly appreciated. Thank you for your time in reviewing my letter and concerns.

Yours very truly,

Candy J. O'Dell

P.S. also, I'm not even sure if Edward put our change of address in like he claimed to have done. Nonetheless our physical address is as follows:

Jamaal + Candy O'Dell
40 Oxford Ave
Mansf., OH. 44904

Mailing address is as follows:
(Jamaal + Candy O'Dell
P.O. Box 1811
Mansf., OH 44901-1811

2/2

Jamaal + Candy O'Dell
Case # 08-60309

*Attn: Robert
Harbert
Staff Atty

6 pgs
faxed

# $849.00 total Cost paid
record of proof
of payments
made to
Atty. Edward
Corley



Attn. Robert Harbert

O'Dell
#08-1030

6 pgs
faxed

**Candy O'Dell**

This was the 1st draft
So It's very close to
Letter send if not Identical.
CJO

P.O. Box 1811
Mansfield, OH.
44901

July 30, 2009

Ms. A. Alysha Clous
Assistant Bar Counsel
Columbus Bar Association
175 South High Street, Suite 1100
Columbus, OH. 43215-5193

**Re: Lawrence Winkfield**
    **File No.: 09-07-0001**

Dear Attorney Clous,

Please be advised that I am in receipt of a letter addressed to my personal address from Lawrence Winkfield dated July 27, 2009. Upon receipt of this letter, I was advised by several local attorneys as well as my college professors that this was not right in any way shape or form and to promptly respond.

I wrote my original letter not to have Mr. Winkfield's position as a paralegal at Attorney Byron Corley's office(because he held no such position as I am told by Attorney Byron Corley), but out of concern for what I was seeing, hearing, and being told. Upon reading the letter I took it straight to Attorney Corley's office and asked him to explain and we came to the conclusion that Mr. Winkfield lied about his position as a paralegal at Corley Law Office as well as the accusations of his personal computer being hacked.

Attorney Corley told me that Lawrence WAS NOT his paralegal but that he was merely mentoring him (and yes I know what that means), upon further discussion with Attorney Corley I was told that he (Attorney Corley) was going to honor his previous letter of recommendation because he felt that my letter would make him look "crazy", so I guess I get to be the one who takes the brunt of this

1/3

situation. I don't mind but I want it to be made clear that I have been lied to so much in Attorney Corley's office (by Attorney Corley as well as Christine Mullins, the receptionist) that I truly don't know who or what to believe, but I do know that Lawrence Winkfield is not a honest or ethical person and it is my personal as well as my professional opinion that he does NOT deserve to be reinstated to practice law, this is certain!

As for the allegations of me hacking his (Lawrence) computer and saying that Attorney Corley knew nothing about my use of his computer is another lie that Mr. Winkfield fabricated. Per the same conversation today with Attorney Corley about this letter I asked several questions and made it clear that I would not stand for being made out to be "someone who does not know what she's talking about" nor will I stand for all the lies being thrown around in Mr. Winkfield's letter. Attorney Corley knows full well he told the receptionist; Christine Mullins to put in Lawrence's password so that I could type some documents as well as do some research. Therefore Attorney Corley gave her (Christine) the command to type in the password into Lawrence's computer to allow my professional use. Besides, if this was his "personal computer" it had no business in Attorney Corley's office. I would also like to set the record straight, I DID NOT hack anyone's computer; I went to school in the legal field not the computer field. I did not access any of his documents and the documents I did type were not saved after approval of Attorney Corley. Also Attorney Corley was unaware of the lies in this letter from Mr. Winkfield until today.

Lastly I am a "PARALEGAL", I completed an accredited school program and received a degree that states; I am a paralegal and if Mr. Winkfield knew as much as he's claims to know, he would know that there is no requirement for a Paralegal to have certification and up until recently there was no certification available for the paralegal profession; although there is certification available now it is completely optional not a must or requirement. Yes, I will be taking the NALA exam in December 2009 but that is none of Lawrence's concern or business, so I don't see where that was even relevant to have

2/3

been mentioned in this letter other then I wanted to protect the Attorney I work for as well as myself and my future no matter what law firm I may work.

I have many local Attorneys as well as professors from the college I attended and people in this community who will back me as a professional person if need be! Thank you for your time in reviewing my letters.

Yours very truly,

Candy O'Dell
(Paralegal)

08/06/09 P.S. I would also like to inform you that I chose to no longer take part of the corrupt activities within the Law Office of Byron D. Corley and have left his office so as to not be involved with the many shady dealings! CJO